Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: cyrus.safa@rohlfinglaw.com

Gerald M. Welt
Attorney at Law:  1575
703 South Eighth Street
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax:  (702)684-5157
E-mail:  gmwesq@weltlaw.com

Attorneys for Plaintiff Courtney M. Trader

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COURTNEY M. TRADER | Case No.: 2:16-cv-00875-GMN-PAL |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Courtney M. Trader and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from September 15, 2016 to October 13, 2016 for Plaintiff to file her Motion for Reversal and/or Remand, with all other dates in the Court's Order Concerning Review Of Social

-1-

1  Security Cases extended accordingly. Specifically, Defendant's notice of voluntary
2  remand of the case or points and authorities shall be due on or before November
3  14, 2016.  Plaintiff's reply shall be due on or before December 2, 2016.  This is
4  Plaintiff's first request for an extension. Plaintiff's counsel makes this request due
5  to an internal human error calendaring Plaintiff's motion.  Plaintiff's motion was
6  not entered into counsel's calendar.  Counsel became aware of the issue upon
7  review of the file.  Plaintiff humbly requests the additional time to allow time to
8  fully research the issues presented. Plaintiff sincerely apologizes for any
9  inconvenience to the court, its staff, and to all parties involved.

DATE: September 28, 2016                    Respectfully submitted,

                                            LAW OFFICES OF LAWRENCE D. ROHLFING
                                                    /s/ *Cyrus Safa*

                                            BY: _____
                                                Cyrus Safa
                                                Attorney for plaintiff Ms. Courtney M. Trader

DATE:  September 28, 2016
                                            DANIEL G. BOGDEN
                                            United States Attorney

                                                    /s/ *Jeffrey T. Chen*

                                            BY: _____
                                                Jeffrey T. Chen
                                                Assistant United States Attorney
                                                Attorneys for defendant Carolyn W. Colvin
                                                |*authorized by e-mail|

IT IS SO ORDERED:   _____
                     UNITED STATES MAGISTRATE JUDGE

DATED:  September 30, 2016