# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

COURTNEY M. TRADER,

        Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

Case No.: 2:16-cv-00875-GMN-BNW

**ORDER**

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Brenda Weksler, which recommends that Plaintiff Courtney M. Trader's ("Plaintiff's") Motion to Reverse or Remand be **DENIED** and the Commissioner of Social Security's ("Commissioner's") Motion to Affirm be **GRANTED**. (*See* R&R 11:14–17, ECF No. 32). Plaintiff did not file an objection to Judge Weksler's R&R, and the deadline to do so has passed.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B). Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 32), is **ACCEPTED** and **ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand, (ECF No. 21), is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner's Motion to Affirm, (ECF. No. 27), is **GRANTED**.

The Clerk of Court is instructed to enter judgment in accordance with this Order and close the case.

**DATED** this __6_ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court